### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHELBIE O'DELL and LACIE GRAVES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVID MICHAEL BAKER, Individually, ) <br> FAST LANE EXPRESS, and ) <br> CANAL INSURANCE COMPANY, ) <br> ) <br> Defendants, ) <br> ) <br> DAVID MICHAEL BAKER and ) <br> LIINK d/b/a FAST LANE EXPRESS, ) <br> ) <br> Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JEFFREY JOHNSON and ) <br> SAFETY PLUS U.S.A., LLC, ) <br> ) <br> Third-Party Defendants. ) | No. 22-CV-147-RAW-GLJ |

### ORDER

On November 9, 2022, Magistrate Judge Jackson entered a Report and Recommendation [Docket No. 46] with regard to Defendant Canal Insurance Company's Motion to Dismiss [Docket No. 9] and Plaintiffs' Response [Docket No. 16]. The recommendation was that Defendant Canal Insurance Company's Motion to Dismiss should be granted without prejudice to Plaintiffs' rights to amend their complaint. No objection to the report and recommendation nor amendment to the complaint was filed.

Accordingly, it is the order of this court that the Report and Recommendation [Docket No. 46] is hereby affirmed and adopted. The Defendant Canal Insurance Company's Motion to Dismiss [9] is GRANTED.

IT IS SO ORDERED this 13th day of February, 2023.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA